| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 | |
| In Re:<br>Bijen A. Patel<br><br>                         Debtor | Case No: 17-24676 KCF<br><br>Chapter: 7<br><br>Judge: Kathryn C. Ferguson |

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004-J1.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

4 Crane Place Spotswood, NJ 08884

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:08/03/2017

                                **/s/ Denise Carlon, Esquire**
                                Denise Carlon, Esquire
                                Brian C. Nicholas, Esquire
                                **KML Law Group, P.C.**
                                216 Haddon Avenue, Ste. 406
                                Westmont, NJ 08108
                                (609) 250-0700 (NJ)
                                (215) 627-1322 (PA)
                                FAX: (609) 385-2214
                                Attorney for Movant/Applicant

*new 8/1/15*