**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−24676−KCF | **DATE FILED::** 7/20/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Bijen A. Patel<br>xxx−xx−5100 | ADDRESS OF DEBTOR(S):<br><br>4 Crane Place<br>Spotswood, NJ 08884 |
| DEBTOR'S ATTORNEY:<br>Michael P. Otto<br>Law Office of Michael P. Otto, LLP.<br>1030 Stelton Road<br>Suite 102<br>Piscataway, NJ 08854<br><br>(732) 819−7000 | TRUSTEE:<br>John Michael McDonnell<br>McDonnell Crowley, LLC<br>115 Maple Ave<br>Suite 201<br>Red Bank, NJ 07701<br>732−383−7233 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/20/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 22, 2017

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 17-24676-KCF
Bijen A. Patel                                                            Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Aug 22, 2017
                              Form ID: noa                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db             +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090
516952905      +337 George Street Realty, LLC,    385 George Street,    New Brunswick, NJ 08901-2003
516952906      +377 George Street Realty, LLC,    c/o Geoffrey D. Mueller, Esq.,     610 East Palisade Avenue,
                 Englewood Cliffs, NJ 07632-1801
516952908      +Ashu Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952910      +Burgerfi International, LLC,    105 US Hwy 1,    North Palm Beach, FL 33408-5401
516952911      +Burgerfi International, LLC,    c/o Cory B. Kravit, Esq.,     1801 N. Military Trail, Suite 120,
                 Boca Raton, FL 33431-1810
516952912      +Chandrakant Patel,    c/o Mavinkurve & Patel, LLC,    555 US Hwy 1 S, Suite 100,
                 Iselin, NJ 08830-3154
516952915      +Dilip Shah,    1312 Brassie Street,    Allentown, PA 18106-9636
516952916      +Dipti Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952920      +Harshila A. Patel,    7540 Windsor Drive,    Suite 206,    Allentown, PA 18195-1015
516952921      +Indus American Bank,    1630 Oak Tree Road,    Edison, NJ 08820-2821
516952922      +Indus American Bank,    c/o Mindy R. Zlotogura, Esq.,     32 Mercer Street,
                 Hackensack, NJ 07601-5621
516972769      +Itria Ventures LLC,    c/o John J. Winter, Esquire,     The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
516952924      +Itria Ventures, LLC,    c/o John J. Winter, Esq.,    970 Rittenhouse Road, Suite 300,
                 Norristown, PA 19403-2265
516952923      +Itria Ventures, LLC,    1000 N. West Street,    Suite 1200,    Wilmington, DE 19801-1058
516952925      +Jayesh Brahmbhatt,    221 University Drive,    Newark, DE 19713-1181
516952926       Kalpana B. Patel,    6 Crane Place,    Spotswood, NJ 08884
516952927      +Kanubhai Patel,    Paul Fellman, Esq.,    100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952931      +Paresh Patel,    59 Cortland Drive,    East Brunswick, NJ 08816-2384
516952932      +Pranav K. Shastri,    1599 Fieldstone Street,    Allentown, PA 18106-9140
516952933      +Rajesh Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952934      +Rasik Patel,    Paul Fellman, Esq.,    100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952935      +Robert Wisniewski,    c/o Montgomery, Chapin & Fetten, PC,     745 Route 202/206, Suite 101,
                 Bridgewater, NJ 08807-1758
516952936       Roma Funding, LLC,    7 Wood Ave.,    Linden, NJ 07036
516952937      +SLS,    8742 Lucent Blvd.,    Littleton, CO 80129-2302
516952930     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,     Bankruptcy Unit,    PO Box 245,
                 Trenton, NJ 08695-0267)
516952938      +Snyhal Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952939      +Swati V. Patel,    8916 Grady Drive,    Breinigsville, PA 18031-4115
516952940      +The Bank of New York Mellon,    c/o Parker McCay, PA,     9000 Midlantic Drive, Suite 300,
                 PO Box 5054,    Mount Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2017 23:13:46      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2017 23:13:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516952907       EDI: AMEREXPR.COM Aug 22 2017 22:58:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
516952909       EDI: BANKAMER.COM Aug 22 2017 22:58:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
516952913       EDI: CHASE.COM Aug 22 2017 22:58:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
516952914       EDI: CRFRSTNA.COM Aug 22 2017 22:58:00      Credit First NA/Firestone,    PO Box 81083,
                 Cleveland, OH 44181
516952917       EDI: DISCOVER.COM Aug 22 2017 22:58:00      Discover,   P.O. Box 15316,    Wilmington, DE 19850
516952918      +EDI: CRFRSTNA.COM Aug 22 2017 22:58:00      Firestone,   PO Box 81307,    BK 14,
                 Cleveland, OH 44181-0307
516952919      +EDI: FORD.COM Aug 22 2017 22:58:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
516952929       EDI: MID8.COM Aug 22 2017 22:58:00      Midland Credit Mgmt,    8875 Aero,    Suite 200,
                 San Diego, CA 92123-2255
516952941      +EDI: WFFC.COM Aug 22 2017 22:58:00      Wells Fargo,   PO Box 6995,    Portland, OR 97228-6995
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Indus American Bank,    1630 Oak Tree Road,    Edison, NJ 08820-2821
cr*            +Itria Ventures LLC,    c/o John J. Winter, Esquire,     The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Aug 22, 2017
                              Form ID: noa             Total Noticed: 40

516952928      ##+Mack Amin,    6 Racine Lane,    Matawan, NJ 07747-9737
                                                                                        TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
               2004- J1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
              Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
               to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 7
```