**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Proposed Counsel to John M. McDonnell,*
 *Chapter 7 Trustee*

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BIJEN A. PATEL,

          Debtor.

Case No. 17-24676 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF**
**MCDONNELL CROWLEY, LLC AS**
**COUNSEL FOR CHAPTER 7 TRUSTEE**

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: September 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:  Bijen A. Patel

Case No.:  17-24676 (KCF)

Applicant:  John M. McDonnell
  ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
  ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
  ☐ Official Committee of _____

Professional:  McDonnell Crowley, LLC

Address:  115 Maple Avenue, Suite 201
Red Bank, NJ 07701

  ☒ Attorney for:
    ☒ Trustee   ☐ Debtor-in-Possession
    ☐ Official Committee of _____

  ☐ Accountant for:
    ☐ Trustee   ☐ Debtor-in-Possession
    ☐ Official Committee of _____

  ☐ Other Professional:
    ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, McDonnell Crowley, LLC, to act as counsel for the Trustee.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is the date the application is filed with the Court.

3

United States Bankruptcy Court
District of New Jersey

In re:  
Bijen A. Patel  
    Debtor

Case No. 17-24676-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 06, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.  
db          +Bijen A. Patel,   4 Crane Place,   Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,  
          bcrowley@mcdonnellcrowley.com  
         Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         John J. Winter    on behalf of Creditor   Itria Ventures LLC jwinter@chartwelllaw.com,  
          amcclinton@chartwelllaw.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com  
         Mindy R. Zlotogura    on behalf of Creditor   Indus American Bank mzlotogura@newmansimpson.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com  
                                                                                                                                                                                                                TOTAL: 9