Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24676−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bijen A. Patel
4 Crane Place
Spotswood, NJ 08884

Social Security No.:
xxx−xx−5100

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 8, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 16
ORDER AUTHORIZING RETENTION OF BEDERSON & COMPANY, LLP AS ACCOUNTANTS TO TRUSTEE (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/5/2017. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 8, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-24676-KCF
Bijen A. Patel                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
acc            +Bederson & Company, LLC,    347 Mt. Pleasant Avenue,    Suite 200,    West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
    Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
    Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
    John J. Winter    on behalf of Creditor   Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
    John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
    Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
    Mindy R. Zlotogura    on behalf of Creditor   Indus American Bank mzlotogura@newmansimpson.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
    William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                                                                                                                                               TOTAL: 9