| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (Trenton)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-1978<br><br>**Powers Kirn, LLC**<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. | Order Filed on September 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bijen A. Patel | Case No.: 17-24676-KCF<br><br>Chapter: 7<br><br>Hearing Date: 09/12/2017 at 10:00am<br><br>Judge: Honorable Kathryn C. Ferguson |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Powers Kirn, LLC, Attorneys for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Wells Fargo") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 4 Crane Place, Spotswood, NJ 08884

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.