| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (Trenton)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-1978<br><br>**Powers Kirn, LLC**<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. | Order Filed on September 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bijen A. Patel | Case No.: 17-24676-KCF<br><br>Chapter: 7<br><br>Hearing Date: 09/12/2017 at 10:00am<br><br>Judge: Honorable Kathryn C. Ferguson |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 14, 2017

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Powers Kirn, LLC, Attorneys for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Wells Fargo") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 4 Crane Place, Spotswood, NJ 08884

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Bijen A. Patel  
    Debtor

Case No. 17-24676-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 14, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.  
db          +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
         John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
         Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
         Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                                               TOTAL: 9