| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 | Order Filed on September 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   17-24676 KCF<br><br>Hearing Date: September 12, 2017<br><br>Judge:  Kathryn C. Ferguson |
| In Re:<br>    Patel, Bijen A. | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as Lot 4.01, Block 43,    4 Crane Place, Spotswood NJ 08884**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-24676-KCF
Bijen A. Patel                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Sep 14, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db              +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
               2004- J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
              Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to
               Wachovia Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
               to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 9