| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Stark & Stark, P.C.<br>Attn: Marshall T. Kizner, Esq.<br>993 Lenox Drive, Bldg. 2<br>P.O. Box 5315<br>Princeton, NJ 08543<br>(609) 896-9060<br>Attorneys for Harisha A. Patel a/k/a Harishila A. Patel, Pranav Shastri, Dilip Shap and Swati Patel | |
| In Re:<br>BIJEN A. PATEL | Case No.: 17-24676<br>Chapter: 7<br>Judge: KCF |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Creditors listed above___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Marshall T. Kizner, Esq.
P.O. Box 5315
Princeton, NJ 08543
mkizner@stark-stark.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 10/24/2017                                   /s/ Marshall T. Kizner
                                                              Signature

*new.8/1/15*