**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on November 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 17-24676 (KCF) |
| BIJEN A. PATEL, | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

### ORDER EXTENDING
### THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
### THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:             Bijen A. Patel
Case No.:           17-24676 (KCF)
Caption of Order:   Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge

---

**THIS MATTER** having been brought before the Court upon the Motion[1] of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Bijen A. Patel, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order, pursuant to sections 105 and 727 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including **January 16, 2018**.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24676-KCF
Bijen A. Patel                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Nov 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
      Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
       bcrowley@mcdonnellcrowley.com
      Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
      as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
      2004- J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John J. Winter    on behalf of Plaintiff   Itria Ventures LLC jwinter@chartwelllaw.com,
       amcclinton@chartwelllaw.com
      John J. Winter    on behalf of Creditor   Itria Ventures LLC jwinter@chartwelllaw.com,
       amcclinton@chartwelllaw.com
      John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
      Marshall T. Kizner    on behalf of Creditor Swati  Patel mkizner@stark-stark.com
      Marshall T. Kizner    on behalf of Creditor Dilip  Shap mkizner@stark-stark.com
      Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
      Marshall T. Kizner    on behalf of Creditor Pranav  Shastri mkizner@stark-stark.com
      Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
      Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
      Mindy R. Zlotogura    on behalf of Creditor   Indus American Bank mzlotogura@newmansimpson.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to
       Wachovia Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger
       to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                      TOTAL: 15