CUCCIO AND CUCCIO, P.C.
Emil S. Cuccio (4940)
45 Essex Street, Suite 106
Hackensack, NJ 07601
201-487-7411
escuccio@aol.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: : | Case No. 17-24676 |
| | Chapter 7 |
| BIJEN A. PATEL, Debtor : | Hon. Kathryn C. Ferguson |
| : | Adv. Pro. No. 17-1746 (KCF) |
| JOHN M. MCDONNELL, AS CHAPTER 7 : | |
| TRUSTEE, | |
| : | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| : | |
| v. | |
| : | |
| PRITI PATEL and JIGNESH PATEL, | |
| : | |
| Defendants. | |

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Priti Patel and Jignesh Patel. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Emil S. Cuccio, Esq.
Cuccio and Cuccio, P.C.
45 Essex Street, Suite 106
Hackensack, NJ 07601
201-487-7411
escuccio@aol.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature, including all documents filed and served in all adversary proceedings in the above-captioned matter.

February 8, 2018                          /s/ Emil S. Cuccio
                                          Emil S. Cuccio