**STARK & STARK**
A Professional Corporation
Marshall T. Kizner, Esq. (MK-7344)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Harisha A. Patel a/k/a Harishila A. Patel, Pranav Shastri, Dilip Shah and Swati Patel

| In the Matter of:<br><br>BIJEN A. PATEL,<br><br>                    Debtor, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO. 17-24676 (CMG)<br><br>**NOTICE OF WITHDRAWAL OF CLAIM** |
|---|---|

   PLEASE TAKE NOTICE that the undersigned, counsel for Harisha A. Patel a/k/a Harishila A. Patel, Pranav Shastri, Dilip Shah and Swati Patel, hereby withdraws claims numbered, 16, 17 and 18, which are duplicative of claim number 15.

                              STARK & STARK,
                              A Professional Corporation
                              Attorneys for Harisha A. Patel a/k/a Harishila A. Patel,
                              Pranav Shastri, Dilip Shah and Swati Patel

                              By: /s/ Marshall T. Kizner
Dated: April 25, 2018              MARSHALL T. KIZNER

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543