UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                    Case no.:    17-24676

Bijen A. Patel          Chapter:    7
Priti Patel

                              Judge:    Ferguson

                Debtor(s)

## CERTIFICATION OF NO OBJECTION

I **Gary A. Nau**, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
7 Crane Place, Spotswood, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/17/2018        By: Gary A. Nau

*rev.2/10/17*