UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: :
: Case No.: _____
:
Debtor(s). : Chapter: 7
:
_____ :

## CERTIFICATION OF NOTICING FEES
## AND INVOICE FOR COLLECTION OF ADMINISTRATIVE EXPENSES

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

IT IS NOTICED that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check[1] (payable to "Clerk, United States Bankruptcy Court") for the following charges incurred to date:

NOTICES:

_____ Notices at $.50 each (for notices sent prior to 1/1/98)

   Total Notice Charges Due ------------------------>    $ _____

PROOFS OF CLAIM:

_____ Claim(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)

   Total Claims Charges Due ------------------------>    $ _____

DEFERRED FEES

_____
_____
_____

   Total Deferred Fees Due ---------------------------->    $ _____

TOTAL ADMINISTRATIVE CHARGES DUE ----------------->    $ _____

Dated: _____     BY THE COURT

                                        Jeanne A. Naughton, Clerk

rev. 12/20/04.jml

---

[1] The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order.