Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24676−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bijen A. Patel
  4 Crane Place
  Spotswood, NJ 08884

Social Security No.:
  xxx−xx−5100

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: July 26, 2018
TIME: 02:30 PM
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $65,000.00
TOTAL DISBURSEMENTS:     $0.00
BALANCE ON HAND:        $65,000.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
John McDonnell, Chapter 7 Trustee

COMMISSION OR FEES
$6,500.00

EXPENSES
$86.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: June 8, 2018
JAN: vpm

                                                                                Jeanne Naughton
                                                                                Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                          Case No. 17-24676-KCF
Bijen A. Patel                                                                  Chapter 7
Priti Patel
        Debtors
                                        CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                Page 1 of 3                  Date Rcvd: Jun 08, 2018
                                Form ID: 192               Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db             +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090
acc            +Bederson & Company, LLC,    347 Mt. Pleasant Avenue,    Suite 200,    West Orange, NJ 07052-2749
cr             +Dilip Shap,   c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
cr             +Harisha A. Patel,    c/o Stark & Stark, PC,   993 Lenox Drive,    Lawrenceville, NJ 08648-2316
dft            +Jignesh Patel,   800 Paramus Road,    Paramus, NJ 07652-1701
cr             +Pranav Shastri,   c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
dft            +Priti Patel,   800 Paramus Road,    Paramus, NJ 07652-1701
cr             +Swati Patel,   c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516952905      +337 Geroge Street Realty, LLC,    385 George Street,    New Brunswick, NJ 08901-2003
516952906      +377 George Street Realty, LLC,    c/o Geoffrey D. Mueller, Esq.,    610 East Palisade Avenue,
                 Englewood Cliffs, NJ 07632-1801
516952907       American Express,    PO Box 981537,    El Paso, TX 79998-1537
517115087       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516952908      +Ashu Patel,   c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952909     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
516952910      +Burgerfi International, LLC,    105 US Hwy 1,    North Palm Beach, FL 33408-5401
516952911      +Burgerfi International, LLC,    c/o Cory B. Kravit, Esq.,    1801 N. Military Trail, Suite 120,
                 Boca Raton, FL 33431-1810
517134866      +Canon Financial Services, Inc.,    c/o Howard N. Sobel, P.A.,    507 Kresson Road,
                 Voorhees, NJ 08043-9564
516952912      +Chandrakant Patel,    c/o Mavinkurve & Patel, LLC,    555 US Hwy 1 S, Suite 100,
                 Iselin, NJ 08830-3154
516952913       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517093700       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
516952914       Credit First NA/Firestone,    PO Box 81083,    Cleveland, OH 44181
517186199      +Dilip Shah,   c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952915      +Dilip Shah,   1312 Brassie Street,    Allentown, PA 18106-9636
516952916      +Dipti Patel,   c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952918      +Firestone,   PO Box 81307,    BK 14,    Cleveland, OH 44181-0307
516952919      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
517060968      +Ford Motor Credit Co,    Att: Morgan Bornstein,    1236 Brace Rd Ste K,
                 Cherry Hill, NJ 08034-3229
517186197      +Harisha A. Patel a/k/a Harishila A. Patel,    c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,
                 993 Lenox Drive,    Lawrenceville, NJ 08648-2389
517476064      +Harisha A. Patel a/k/a Harishila A. Patel, Pranav,    c/o Stark & Stark, P.C.,
                 Attn: Marshall Kizner,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516952920      +Harshila A. Patel,    7540 Windsor Drive,    Suite 206,    Allentown, PA 18195-1015
516952921      +Indus American Bank,    1630 Oak Tree Road,    Edison, NJ 08820-2821
517077479      +Indus American Bank,    Att: Newman Simpson,    32 Mercer St,   Hackensack, NJ 07601-5621
516952922      +Indus American Bank,    c/o Mindy R. Zlotogura, Esq.,    32 Mercer Street,
                 Hackensack, NJ 07601-5621
516972769      +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
516952924      +Itria Ventures, LLC,    c/o John J. Winter, Esq.,    970 Rittenhouse Road, Suite 300,
                 Norristown, PA 19403-2265
516952923      +Itria Ventures, LLC,    1000 N. West Street,    Suite 1200,    Wilmington, DE 19801-1058
516952925      +Jayesh Brahmbhatt,    221 University Drive,    Newark, DE 19713-1181
516952926       Kalpana B. Patel,    6 Crane Place,    Spotswood, NJ 08884
516952927      +Kanubhai Patel,    Paul Fellman, Esq.,   100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952931      +Paresh Patel,   59 Cortland Drive,    East Brunswick, NJ 08816-2384
517165061      +Peter G. Wagner, Esq.,    1254 State Highway 27, Ste. 1,    North Brunswick, NJ 08902-1765
516952932      +Pranav K. Shastri,    1599 Fieldstone Street,    Allentown, PA 18106-9140
517186198      +Pranav Shastri,    c/o Stark & Stark, P.C.,   Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952933      +Rajesh Patel,   c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952934      +Rasik Patel,   Paul Fellman, Esq.,    100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952935      +Robert Wisniewski,    c/o Montgomery, Chapin & Fetten, PC,    745 Route 202/206, Suite 101,
                 Bridgewater, NJ 08807-1758
516952936       Roma Funding, LLC,    7 Wood Ave.,    Linden, NJ 07036
516952937      +SLS,   8742 Lucent Blvd.,    Littleton, CO 80129-2302
516952930     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,    Bankruptcy Unit,    PO Box 245,
                 Trenton, NJ 08695-0267)
516952938      +Snyhal Patel,   c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
517486009      +Snyhal Patel, Ashu Patel & Dipti Patel,    Peter G. Wagner, Esq.,    1254 Hwy 27., Ste. 1,
                 North Brunswick, NJ 08902-1765
517186200      +Swati Patel,   c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952939      +Swati V. Patel,    8916 Grady Drive,    Breinigsville, PA 18031-4115
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Jun 08, 2018
                              Form ID: 192             Total Noticed: 61


516952940      +The Bank of New York Mellon,   c/o Parker McCay, PA,    9000 Midlantic Drive, Suite 300,
                PO Box 5054,    Mount Laurel, NJ 08054-5054
516952941      +Wells Fargo,    PO Box 6995,   Portland, OR 97228-6995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516952917       E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26      Discover,    P.O. Box 15316,
                Wilmington, DE 19850
517030802       E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516952929       E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09      Midland Credit Mgmt,    8875 Aero,
                Suite 200,    San Diego, CA 92123-2255
517147830      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Indus American Bank,   1630 Oak Tree Road,    Edison, NJ 08820-2821
cr*            +Itria Ventures LLC,   c/o John J. Winter, Esquire,   The Chartwell Law Offices, LLP,
                970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
516952928     ##+Mack Amin,   6 Racine Lane,   Matawan, NJ 07747-9737
                                                                                         TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
          bcrowley@mcdonnellcrowley.com
         Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com,
          bcrowley@mcdonnellcrowley.com
         Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
          as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
          2004- J1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Emil S. Cuccio    on behalf of Defendant Priti  Patel escuccio@aol.com
         Emil S. Cuccio    on behalf of Defendant Jignesh  Patel escuccio@aol.com
         John J. Winter    on behalf of Creditor   Itria Ventures LLC jwinter@chartwelllaw.com,
          amcclinton@chartwelllaw.com
         John J. Winter    on behalf of Plaintiff   Itria Ventures LLC jwinter@chartwelllaw.com,
          amcclinton@chartwelllaw.com
         John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
         Marshall T. Kizner    on behalf of Creditor Dilip  Shap mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Pranav  Shastri mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Swati  Patel mkizner@stark-stark.com
         Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
         Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
         Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Jun 08, 2018
                              Form ID: 192             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Peter   Broege    on behalf of Mediator Peter   Broege pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com

                                                                                                                    TOTAL: 19