**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on June 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BIJEN A. PATEL,<br><br>Debtor. | Case No. 17-24676 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

### ORDER AUTHORIZING TRUSTEE TO DESTROY
### AND/OR ABANDON CERTAIN BOOKS AND RECORDS
### OF DEBTOR; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: June 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Bijen A. Patel |
| Case No.: | 17-24676 (KCF) |
| Caption of Order: | Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief |

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Bijen A. Patel, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.

United States Bankruptcy Court
District of New Jersey

In re:
Bijen A. Patel
Priti Patel
    Debtors

Case No. 17-24676-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 15, 2018
           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db          +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
          bcrowley@mcdonnellcrowley.com
         Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com,
          bcrowley@mcdonnellcrowley.com
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
          as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
          2004- J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Emil S. Cuccio    on behalf of Defendant Jignesh Patel escuccio@aol.com
         Emil S. Cuccio    on behalf of Defendant Priti Patel escuccio@aol.com
         John J. Winter    on behalf of Plaintiff    Itria Ventures LLC jwinter@chartwelllaw.com,
          amcclinton@chartwelllaw.com
         John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
          amcclinton@chartwelllaw.com
         John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
         Marshall T. Kizner    on behalf of Creditor Swati Patel mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Dilip Shap mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
         Marshall T. Kizner    on behalf of Creditor Pranav Shastri mkizner@stark-stark.com
         Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
         Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
         Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
         Peter Broege    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com,
          G1580@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to
          Wachovia Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
          to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                               TOTAL: 19