| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BEDERSON, LLP<br>347 MT PLEASANT AVENUE – SUITE 200<br>WEST ORANGE, NJ 07052 | Order Filed on June 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BIJEN A. PATEL<br>　　　　DEBTOR | Case No.: 17-24676 (KCF)<br><br>Hearing Date:<br><br>Judge:　Kathryn C. Ferguson<br><br>Chapter 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| **BEDERSON LLP** | $4,600.00 | $66.76 |

United States Bankruptcy Court
District of New Jersey

In re:  
Bijen A. Patel  
Priti Patel  
    Debtors

Case No. 17-24676-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 21, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db         +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
         Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,  
         bcrowley@mcdonnellcrowley.com  
         Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com,  
         bcrowley@mcdonnellcrowley.com  
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emil S. Cuccio    on behalf of Defendant Jignesh   Patel escuccio@aol.com  
         Emil S. Cuccio    on behalf of Defendant Priti   Patel escuccio@aol.com  
         John J. Winter    on behalf of Plaintiff    Itria Ventures LLC jwinter@chartwelllaw.com,  
         amcclinton@chartwelllaw.com  
         John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,  
         amcclinton@chartwelllaw.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Marshall T. Kizner    on behalf of Creditor Swati   Patel mkizner@stark-stark.com  
         Marshall T. Kizner    on behalf of Creditor Dilip   Shap mkizner@stark-stark.com  
         Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com  
         Marshall T. Kizner    on behalf of Creditor Pranav   Shastri mkizner@stark-stark.com  
         Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com  
         Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com  
         Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com  
         Peter Broege    on behalf of Mediator Peter   Broege pbroege@bnfsbankruptcy.com,  
         G1580@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com  
                                                                TOTAL: 20