UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

**Order Filed on June 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

BIJEN A. PATEL,

        Debtor.

Case No. 17-24676 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
<u>MCDONNELL CROWLEY, LLC</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Bijen A. Patel |
| Case No.: | 17-24676 (KCF) |
| Caption of Order: | Order Granting First and Final Allowances to McDonnell Crowley, LLC |

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br>*Chapter 7 Trustee* | $22,545.75 | $245.72 |

United States Bankruptcy Court
District of New Jersey

In re:
Bijen A. Patel
Priti Patel
    Debtors

Case No. 17-24676-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2018
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db         +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
          Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
          Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
          Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Emil S. Cuccio    on behalf of Defendant Jignesh Patel escuccio@aol.com
          Emil S. Cuccio    on behalf of Defendant Priti Patel escuccio@aol.com
          John J. Winter    on behalf of Plaintiff    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
          John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
          John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
          Marshall T. Kizner    on behalf of Creditor Swati Patel mkizner@stark-stark.com
          Marshall T. Kizner    on behalf of Creditor Dilip Shap mkizner@stark-stark.com
          Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
          Marshall T. Kizner    on behalf of Creditor Pranav Shastri mkizner@stark-stark.com
          Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
          Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
          Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
          Peter Broege    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                      TOTAL: 20