**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bijen A. Patel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5100<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–24676–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bijen A. Patel

6/29/18                                                         **By the court:**   Kathryn C. Ferguson
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 17-24676-KCF
Bijen A. Patel                                                  Chapter 7
Priti Patel
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: Jun 29, 2018
                              Form ID: 318                Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090
acc            +Bederson & Company, LLC,    347 Mt. Pleasant Avenue,    Suite 200,    West Orange, NJ 07052-2749
cr             +Dilip Shap,    c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
cr             +Harisha A. Patel,    c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
dft            +Jignesh Patel,    800 Paramus Road,    Paramus, NJ 07652-1701
cr             +Pranav Shastri,    c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
dft            +Priti Patel,    800 Paramus Road,    Paramus, NJ 07652-1701
cr             +Swati Patel,    c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
516952905      +337 Geroge Street Realty, LLC,    385 George Street,    New Brunswick, NJ 08901-2003
516952906      +377 George Street Realty, LLC,    c/o Geoffrey D. Mueller, Esq.,    610 East Palisade Avenue,
                 Englewood Cliffs, NJ 07632-1801
516952908      +Ashu Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952910      +Burgerfi International, LLC,    105 US Hwy 1,    North Palm Beach, FL 33408-5401
516952911      +Burgerfi International, LLC,    c/o Cory B. Kravit, Esq.,    1801 N. Military Trail, Suite 120,
                 Boca Raton, FL 33431-1810
517134866      +Canon Financial Services, Inc.,    c/o Howard N. Sobel, P.A.,    507 Kresson Road,
                 Voorhees, NJ 08043-9564
516952912      +Chandrakant Patel,    c/o Mavinkurve & Patel, LLC,    555 US Hwy 1 S, Suite 100,
                 Iselin, NJ 08830-3154
517186199      +Dilip Shah,    c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952915      +Dilip Shah,    1312 Brassie Street,    Allentown, PA 18106-9636
516952916      +Dipti Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
517060968      +Ford Motor Credit Co,    Att: Morgan Bornstein,    1236 Brace Rd Ste K,
                 Cherry Hill, NJ 08034-3229
517186197      +Harisha A. Patel a/k/a Harishila A. Patel,    c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,
                 993 Lenox Drive,    Lawrenceville, NJ 08648-2389
517476064      +Harisha A. Patel a/k/a Harishila A. Patel, Pranav,    c/o Stark & Stark, P.C.,
                 Attn: Marshall Kizner,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516952920      +Harshila A. Patel,    7540 Windsor Drive,    Suite 206,    Allentown, PA 18195-1015
516952921      +Indus American Bank,    1630 Oak Tree Road,    Edison, NJ 08820-2821
517077479      +Indus American Bank,    Att: Newman Simpson,    32 Mercer St,    Hackensack, NJ 07601-5621
516952922      +Indus American Bank,    c/o Mindy R. Zlotogura, Esq.,    32 Mercer Street,
                 Hackensack, NJ 07601-5621
516972769      +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
516952924      +Itria Ventures, LLC,    c/o John J. Winter, Esq.,    970 Rittenhouse Road, Suite 300,
                 Norristown, PA 19403-2265
516952923      +Itria Ventures, LLC,    1000 N. West Street,    Suite 1200,    Wilmington, DE 19801-1058
516952925      +Jayesh Brahmbhatt,    221 University Drive,    Newark, DE 19713-1181
516952926       Kalpana B. Patel,    6 Crane Place,    Spotswood, NJ 08884
516952927      +Kanubhai Patel,    Paul Fellman, Esq.,    100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952931      +Paresh Patel,    59 Cortland Drive,    East Brunswick, NJ 08816-2384
517165061      +Peter G. Wagner, Esq.,    1254 State Highway 27, Ste. 1,    North Brunswick, NJ 08902-1765
516952932      +Pranav K. Shastri,    1599 Fieldstone Street,    Allentown, PA 18106-9140
517186198      +Pranav Shastri,    c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952933      +Rajesh Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
516952934      +Rasik Patel,    Paul Fellman, Esq.,    100 West 6th Street, Suite 204,    Media, PA 19063-2431
516952935      +Robert Wisniewski,    c/o Montgomery, Chapin & Fetten, PC,    745 Route 202/206, Suite 101,
                 Bridgewater, NJ 08807-1758
516952936       Roma Funding, LLC,    7 Wood Ave.,    Linden, NJ 07036
516952937      +SLS,    8742 Lucent Blvd.,    Littleton, CO 80129-2302
516952930     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Bankruptcy Unit,    PO Box 245,
                 Trenton, NJ 08695-0267)
516952938      +Snyhal Patel,    c/o Richard Lupo, LLC,    1254 Hwy 27,    North Brunswick, NJ 08902-1765
517486009      +Snyhal Patel, Ashu Patel & Dipti Patel,    Peter G. Wagner, Esq.,    1254 Hwy 27., Ste. 1,
                 North Brunswick, NJ 08902-1765
517186200      +Swati Patel,    c/o Stark & Stark, P.C.,    Attn: Marshall Kizner,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2389
516952939      +Swati V. Patel,    8916 Grady Drive,    Breinigsville, PA 18031-4115
516952940      +The Bank of New York Mellon,    c/o Parker McCay, PA,    9000 Midlantic Drive, Suite 300,
                 PO Box 5054,    Mount Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2018 23:55:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Jun 29, 2018
                              Form ID: 318             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516952907      EDI: AMEREXPR.COM Jun 30 2018 03:34:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
517115087      EDI: BECKLEE.COM Jun 30 2018 03:34:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
516952909      EDI: BANKAMER.COM Jun 30 2018 03:34:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
516952913      EDI: CHASE.COM Jun 30 2018 03:34:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517093700      EDI: CRFRSTNA.COM Jun 30 2018 03:34:00      Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
516952914      EDI: CRFRSTNA.COM Jun 30 2018 03:34:00      Credit First NA/Firestone,    PO Box 81083,
                 Cleveland, OH 44181
516952917      EDI: DISCOVER.COM Jun 30 2018 03:34:00      Discover,    P.O. Box 15316,    Wilmington, DE 19850
517030802      EDI: DISCOVER.COM Jun 30 2018 03:34:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516952918     +EDI: CRFRSTNA.COM Jun 30 2018 03:34:00      Firestone,    PO Box 81307,    BK 14,
                 Cleveland, OH 44181-0307
516952919     +EDI: FORD.COM Jun 30 2018 03:33:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
516952929      EDI: MID8.COM Jun 30 2018 03:34:00      Midland Credit Mgmt,    8875 Aero,    Suite 200,
                 San Diego, CA 92123-2255
517147830     +EDI: MID8.COM Jun 30 2018 03:34:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516952941     +EDI: WFFC.COM Jun 30 2018 03:34:00      Wells Fargo,    PO Box 6995,    Portland, OR 97228-6995
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Indus American Bank,    1630 Oak Tree Road,    Edison, NJ 08820-2821
cr*          +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
516952928    ##+Mack Amin,    6 Racine Lane,    Matawan, NJ 07747-9737
                                                                                     TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series
               2004- J1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Emil S. Cuccio    on behalf of Defendant Priti  Patel escuccio@aol.com
              Emil S. Cuccio    on behalf of Defendant Jignesh  Patel escuccio@aol.com
              John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              John J. Winter    on behalf of Plaintiff    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Jun 29, 2018
                              Form ID: 318             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Marshall T. Kizner    on behalf of Creditor Dilip  Shap mkizner@stark-stark.com
              Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
              Marshall T. Kizner    on behalf of Creditor Pranav  Shastri mkizner@stark-stark.com
              Marshall T. Kizner    on behalf of Creditor Swati  Patel mkizner@stark-stark.com
              Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
              Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
              Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
              Peter  Broege    on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to
               Wachovia Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
               to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 20
```