UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
John Michael McDonnell
115 Maple Avenue
Suite 201
Red Bank, NJ 07701
Chapter 7 Trustee

Order Filed on July 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
BIJEN A. PATEL
SS # XXX-XX-5100

SS #

Case No.: 17-24676

Judge: Kathryn C. Ferguson

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: PATEL, BIJEN A.
Case No.: 17-24676-KCF
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,500.00 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $86.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Bijen A. Patel  
Priti Patel  
     Debtors

Case No. 17-24676-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                   Page 1 of 1                  Date Rcvd: Jul 30, 2018
                             Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
db             +Bijen A. Patel,    4 Crane Place,    Spotswood, NJ 08884-1090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
       Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
       Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
       Brian Thomas Crowley    on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
       Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2004-J1, Mortgage Pass-Through Certificates, Series 2004- J1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Emil S. Cuccio    on behalf of Defendant Jignesh  Patel escuccio@aol.com
       Emil S. Cuccio    on behalf of Defendant Priti  Patel escuccio@aol.com
       John J. Winter    on behalf of Plaintiff    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
       John J. Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
       John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
       Marshall T. Kizner    on behalf of Creditor Swati  Patel mkizner@stark-stark.com
       Marshall T. Kizner    on behalf of Creditor Dilip  Shap mkizner@stark-stark.com
       Marshall T. Kizner    on behalf of Creditor Harisha A. Patel mkizner@stark-stark.com
       Marshall T. Kizner    on behalf of Creditor Pranav  Shastri mkizner@stark-stark.com
       Michael P. Otto    on behalf of Defendant Bijen A. Patel motto@ottolawoffice.com
       Michael P. Otto    on behalf of Debtor Bijen A. Patel motto@ottolawoffice.com
       Mindy R. Zlotogura    on behalf of Creditor    Indus American Bank mzlotogura@newmansimpson.com
       Peter  Broege    on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
       William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                                                                                                              TOTAL: 20