**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: PATEL, BIJEN A.  § Case No. 17-24676-KCF
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John M. McDonnell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $492,660.00 | Assets Exempt: | $52,385.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $28,532.26 | Claims Discharged Without Payment: | $5,282,509.92 |
| Total Expenses of Administration: | $36,467.74 | | |

3) Total gross receipts of $65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $65,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,110,988.24 | $44,552.25 | $44,552.25 | $28,532.26 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $36,467.74 | $36,467.74 | $36,467.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $115,625.91 | $115,625.91 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,653,797.75 | $4,008,857.17 | $3,628,712.17 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,764,785.99 | $4,205,503.07 | $3,825,358.07 | $65,000.00 |

4) This case was originally filed under chapter 7 on 07/20/2017. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2018        By: /s/ John M McDonnell
                                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER | 1241-000 | $65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Division of Taxation | 4800-000 | NA | $44,552.25 | $44,552.25 | $28,532.26 |
| N/F | Chandrakant Patel | 4110-000 | $156,334.58 | NA | NA | NA |
| N/F | Indus American Bank | 4110-000 | $675,000.00 | NA | NA | NA |
| N/F | Indus American Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Robert Wisniewski | 4110-000 | $18,000.00 | NA | NA | NA |
| N/F | SLS | 4110-000 | $112,006.00 | NA | NA | NA |
| N/F | Wells Fargo | 4110-000 | $149,647.66 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,110,988.24** | **$44,552.25** | **$44,552.25** | **$28,532.26** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John M. McDonnell | 2100-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Trustee, Expenses - John M. McDonnell | 2200-000 | NA | $86.00 | $86.00 | $86.00 |
| Attorney for Trustee Fees - McDonnell Crowley, LLC | 3110-000 | NA | $22,545.75 | $22,545.75 | $22,545.75 |
| Attorney for Trustee, Expenses - McDonnell Crowley, LLC | 3120-000 | NA | $245.72 | $245.72 | $245.72 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Costs to Secure/Maintain Property - Bank of America | 2420-000 | NA | $148.51 | $148.51 | $148.51 |
| Accountant for Trustee Fees (Other Firm) - Bederson and Company, LLP | 3410-000 | NA | $4,600.00 | $4,600.00 | $4,600.00 |
| Accountant for Trustee Expenses (Other Firm) - Bederson and Company, LLP | 3420-000 | NA | $66.76 | $66.76 | $66.76 |
| Arbitrator/Mediator for Trustee Fees - Peter Broege | 3721-000 | NA | $1,575.00 | $1,575.00 | $1,575.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $36,467.74 | $36,467.74 | $36,467.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Division of Taxation | 5800-000 | NA | $115,274.61 | $115,274.61 | $0.00 |
| 8P | Canon Financial Services, Inc. | 5600-000 | NA | $351.30 | $351.30 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$115,625.91** | **$115,625.91** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $9,525.87 | $9,525.87 | $0.00 |
| 2 | Ford Motor Credit Co | 7100-000 | NA | $6,052.93 | $6,052.93 | $0.00 |
| 3 | Indus American Bank | 7100-000 | NA | $1,769,740.11 | $1,769,740.11 | $0.00 |
| 4 | Credit First NA | 7100-000 | NA | $1,720.85 | $1,720.85 | $0.00 |
| 5 | American Express Bank, FSB | 7100-000 | NA | $2,368.95 | $2,368.95 | $0.00 |
| 6 | American Express Bank, FSB | 7100-000 | NA | $1,014.19 | $1,014.19 | $0.00 |
| 7U | Division of Taxation | 7100-000 | NA | $4,321.00 | $4,321.00 | $0.00 |
| 8U | Canon Financial Services, Inc. | 7100-000 | NA | $10,043.06 | $10,043.06 | $0.00 |
| 9 | Itria Ventures LLC | 7100-000 | NA | $296,991.63 | $296,991.63 | $0.00 |
| 10 | Midland Funding LLC | 7100-000 | NA | $218.58 | $218.58 | $0.00 |
| 11 | Snyhal Patel, Ashu Patel, Rajesh Patel, and Dipti Patel | 7100-000 | NA | $126,715.00 | $126,715.00 | $0.00 |
| 12 | Ashu Patel | 7100-000 | NA | $126,715.00 | $0.00 | $0.00 |
| 13 | Rajesh Patel | 7100-000 | NA | $126,715.00 | $0.00 | $0.00 |
| 14 | Dipti Patel | 7100-000 | NA | $126,715.00 | $0.00 | $0.00 |
| 15 | Harisha A. Patel, Pranav Shastri, Dilip Shah, and Swati Patel | 7100-000 | NA | $1,400,000.00 | $1,400,000.00 | $0.00 |
| 16 | Pranav Shastri | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 17 | Dilip Shah | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Swati Patel | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | 337 Geroge Street Realty, LLC | 7100-000 | $55,000.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $3,382.00 | NA | NA | NA |
| N/F | Ashu Patel | 7100-000 | $126,425.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $18,552.00 | NA | NA | NA |
| N/F | Burgerfi International, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $5,581.00 | NA | NA | NA |
| N/F | Credit First NA/Firestone | 7100-000 | $1,720.00 | NA | NA | NA |
| N/F | Dilip Shah | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dipti Patel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $9,813.00 | NA | NA | NA |
| N/F | Firestone | 7100-000 | $1,720.00 | NA | NA | NA |
| N/F | Ford Motor Credit | 7100-000 | $6,052.00 | NA | NA | NA |
| N/F | Harshila A. Patel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Itria Ventures, LLC | 7100-000 | $317,682.00 | NA | NA | NA |
| N/F | Kanubhai Patel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Midland Credit Mgmt | 7100-000 | $219.00 | NA | NA | NA |
| N/F | New Jersey Division of Taxation | 7100-000 | $49,585.29 | NA | NA | NA |
| N/F | Pranav K. Shastri | 7100-000 | $1,000,000.00 | NA | NA | NA |
| N/F | Rajesh Patel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rasik Patel | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Roma Funding, LLC | 7100-000 | $58,066.46 | NA | NA | NA |
| N/F | Snyhal Patel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Swati V. Patel | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,653,797.75** | **$4,008,857.17** | **$3,628,712.17** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

**Case No.:** 17-24676-KCF
**Case Name:** PATEL, BIJEN A.

**For Period Ending:** 09/07/2018

**Trustee Name:** (500730) John M. McDonnell
**Date Filed (f) or Converted (c):** 07/20/2017 (f)
**§ 341(a) Meeting Date:** 08/18/2017
**Claims Bar Date:** 11/20/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES AND OTHER VEHICLES<br>* 2006 Mercedes E320CDI | 4,100.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>* 2010 Ford Flex | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>* Assorted household goods and furnishings | 8,000.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>* Assorted electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>* Assorted clothing | 750.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY<br>* Assorted jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7 | STOCK AND BUSINESS INTERESTS<br>* TD Ameritrade | 60.00 | 0.00 | | 0.00 | FA |
| 8 | STOCK AND BUSINESS INTERESTS<br>* 9 Hoboken LLC<br>* 50% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 9 | CLAIMS AGAINST THIRD PARTIES<br>* Lawsuit against Burgerfi<br>* Determined to be non-collectible | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 17-24676-KCF | Trustee Name: | (500730) John M. McDonnell |
|---|---|---|---|
| Case Name: | PATEL, BIJEN A. | Date Filed (f) or Converted (c): | 07/20/2017 (f) |
| | | § 341(a) Meeting Date: | 08/18/2017 |
| For Period Ending: | 09/07/2018 | Claims Bar Date: | 11/20/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | FRAUDULENT TRANSFER (u)<br><br>* Adv. Proc. No. 17-01746 KCF was filed on 11/29/17. (See Main Case Docket No. 35).<br>* McDonnell v. Priti Patel and Jignesh Patel<br>* Order to File Default was filed on 2/2/18. (See Adv. Proc. No 17-01746 at Docket No. 4).<br>* Mediation Order was filed on 1/29/18. (See Adv. Proc. No 17-01746 at Docket No. 5).<br>* Joint Scheduling Order was filed on 1/29/18. (See Adv. Proc. No 17-01746 at Docket No. 6).<br>* Answer to Complaint was filed on 2/8/18. (See Adv. Proc. No 17-01746 at Docket No. 7).<br>* Mediator's Acceptance of Appointment was filed on 2/1/18. (See Adv. Proc. No 17-01746 at Docket No. 9).<br>* Joint Scheduling Order was filed on 2/15/18. (See Adv. Proc. No 17-01746 at Docket No. 10).<br>* Mediation Report was filed on 4/3/18. (See Adv. Proc. No 17-01746 at Docket No. 13).<br>* Trustee awaiting settlement funds of $65,000 by the April 30, 2018.<br>* Motion to Approve Settlement was filed on 4/27/18. (See Adv. Proc. No 17-01746 at Docket No. 14 and Main Case at Docket No. 44).<br>* Notice of Proposed Settlement was filed on 4/27/18. (See Adv. Proc. No 17-01746 at Docket No. 15 and Main Case at Docket No. 45).<br>* (Revised) Notice of Proposed Settlement was filed on 4/30/18. (See Adv. Proc. No 17-01746 at Docket No. 17 and Main Case at Docket No. 47).<br>* Stipulation and Consent Order Granting Motion to Approve Compromise was filed on 6/4/18. (See Adv. Proc. No 17-01746 at Docket No. 19).<br>* Order Granting Motion to Approve Compromise was filed on 6/5/18. (See Main Case at Docket No. 61).<br>* Corrected Order Granting Motion to Approve Compromise was filed on 6/6/18. (See Main Case at Docket No. 62).<br>* Adversary Case Closed on 6/12/18. | 50,000.00 | 50,000.00 | | 65,000.00 | FA |
| 11 | RESIDENCE, BUILDING, LAND<br><br>* Property not listed in Schedule "A" but disclosed in Statement of Financial Affairs ("SOFA").<br>* Debtor's SOFA disclosed the subject property was transferred to his son. Trustee has confirmed the debtor has retained an interest in the property.<br>* 4 Crane Place, Spotswood, New Jersey<br>* Debtor is co-owner with non-filing spouse<br>* Notice of Proposed Abandonment was filed on 4/24/18. (See Docket No. 41).<br>* Certification of No Objection was filed on 5/17/18. (See Docket No. 52). | 475,000.00 | 0.00 | OA | 0.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$542,660.00** | **$50,000.00** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

* Order Authorizing the Destruction of Books and Records was filed on 6/15/18. (See Docket No. 69).
* Trustee submitted Trustee's Distribution Report ("TDR") to the United States Trustee's Office for review and approval.

Initial Projected Date Of Final Report (TFR): 04/15/2019    Current Projected Date Of Final Report (TFR): 06/05/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-24676-KCF | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | PATEL, BIJEN A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7932 | Account #: | ******1000 Checking |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | {10} | Cuccio and Cuccio, PC | * Partial Adversary Settlement proceeds. (See Form 1, Asset No. 10). | 1241-000 | 50,000.00 | | 50,000.00 |
| 05/04/18 | {10} | Cuccio and Cuccio, PC | * Balance of settlement proceeds. (See Form 1, Asset No. 10).. | 1241-000 | 15,000.00 | | 65,000.00 |
| 07/31/18 | 101 | McDonnell Crowley, LLC | Combined payments for claim number Admin-1, Admin-2 | | | 22,791.47 | 42,208.53 |
| | | | Claims Distribution - Tue, 06-05-2018          $22,545.75 | 3110-000 | | | 42,208.53 |
| | | | Claims Distribution - Tue, 06-05-2018          $245.72 | 3120-000 | | | 42,208.53 |
| 07/31/18 | 102 | Bederson and Company, LLP | Combined payments for claim number Admin-3, Admin-4 | | | 4,666.76 | 37,541.77 |
| | | | Claims Distribution - Tue, 06-05-2018          $4,600.00 | 3410-000 | | | 37,541.77 |
| | | | Claims Distribution - Tue, 06-05-2018          $66.76 | 3420-000 | | | 37,541.77 |
| 07/31/18 | 103 | Bank of America | Distribution payment - Dividend paid at 100.00% of $148.51; Claim # Admin-5; Filed: $148.51 | 2420-000 | | 148.51 | 37,393.26 |
| 07/31/18 | 104 | Peter Broege | Distribution payment - Dividend paid at 100.00% of $1,575.00; Claim # Admin-6; Filed: $1,575.00 | 3721-000 | | 1,575.00 | 35,818.26 |
| 07/31/18 | 105 | United States Bankruptcy Court Clerk | Combined payments for claim number Admin-7, Admin-8 | | | 700.00 | 35,118.26 |
| | | | Claims Distribution - Tue, 06-05-2018          $350.00 | 2700-000 | | | 35,118.26 |
| | | | Claims Distribution - Tue, 06-05-2018          $350.00 | 2700-000 | | | 35,118.26 |
| 07/31/18 | 106 | John M. McDonnell | Combined trustee compensation & expense dividend payments. | | | 6,586.00 | 28,532.26 |
| | | | Claims Distribution - Tue, 06-05-2018          $6,500.00 | 2100-000 | | | 28,532.26 |
| | | | Claims Distribution - Tue, 06-05-2018          $86.00 | 2200-000 | | | 28,532.26 |
| 07/31/18 | 107 | Division of Taxation | Distribution payment - Dividend paid at 64.04% of $44,552.25; | 4800-000 | | 28,532.26 | 0.00 |
| | | | **Page Subtotals:** | | **$65,000.00** | **$65,000.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-24676-KCF | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | PATEL, BIJEN A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7932 | Account #: | ******1000 Checking |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 7S; Filed: $44,552.25 | | | | |
| | | | **COLUMN TOTALS** | | 65,000.00 | 65,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 65,000.00 | 65,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $65,000.00 | $65,000.00 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-24676-KCF | **Trustee Name:** | John M. McDonnell (500730) |
| **Case Name:** | PATEL, BIJEN A. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7932 | **Account #:** | ******1000 Checking |
| **For Period Ending:** | 09/07/2018 | **Blanket Bond (per case limit):** | $36,589,161.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $65,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $65,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1000 Checking | $65,000.00 | $65,000.00 | $0.00 |
| | **$65,000.00** | **$65,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)